PATRICK R. DELAHUNTY (SBN 257439)
pdelahunty@delawllp.com
WILLIAM J. EDELMAN (SBN 285177)
wedelman@delawllp.com
DELAHUNTY & EDELMAN LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:    415-891-6210
Facsimile:     415-891-6256

*Attorneys for Defendant*
*Nathan White*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TAD CRANE, individually,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, a NATHANIEL WHITE, individually and in his capacity as an agent for the FEDERAL BUREAU OF INVESTIGATION,<br><br>        Defendants. | Case No: 22-cv-00599-DMR<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Hon. Donna M. Ryu |

Plaintiff Ted Crane ("Plaintiff") and Defendants the United States of America and Nathan White[1] (collectively, "Defendants," and together with Plaintiff, the "Parties"), hereby stipulate with respect to the scheduling of the Initial Case Management Conference in this matter currently set for August 31, 2022 at 1:30 p.m.:

WHEREAS, on January 28, 2022, Plaintiff filed a Complaint in this action;

WHEREAS, on June 14, 2022, Plaintiff filed a First Amended Complaint;

WHEREAS, on August 15, 2022, Plaintiff filed a Second Amended Complaint;

---

[1] Defendant's true name is Nathan White, not Nathaniel White as alleged.

STIP. AND ORDER CONTINUING CMC – Page 1
Case No. 22-cv-00599-DMR

WHEREAS, the Court has twice *sua sponte* continued the initial case management conference, first from May 4, 2022 to June 29, 2022, and then from June 29, 2022 to August 31, 2022, because Defendants had not yet been served;

WHEREAS, Defendant White accepted service of the Second Amended Complaint via counsel on August 17, 2022;

WHEREAS, Defendant the United States of America was served with the Second Amended Complaint on August 15 and intends to file a response to that complaint on August 30;

WHEREAS, Defendant Crane retained counsel on August 16, 2022 and the parties agree that good cause exists for counsel to have additional time to prepare for the Initial Case Management Conference and related events and deadlines;

NOW, THEREFORE, having met and conferred, the Parties have agreed that, subject to the Court's approval, the initial case management conference should be continued to October 5, 2022 at 1:30 p.m., or any date thereafter convenient to the Court's calendar;

**IT IS SO STIPULATED.**

DATED: August 17, 2022            Respectfully submitted,

```
                                  DELAHUNTY & EDELMAN LLP
                                  By:    /s/ William J. Edelman
                                         WILLIAM J. EDELMAN
                                         PATRICK R. DELAHUNTY
                                         4 Embarcadero Center, Suite 1400
                                         San Francisco, CA 94111
                                         (415) 891-6210
                                         wedelman@delawllp.com
                                         Attorneys for Defendant Nathan White


                                  UNITED STATES OF AMERICA
                                  By:    /s/ David B. Wallace
                                         ERNEST CORDERO
                                         DAVID B. WALLACE
                                         COLIN MCDONALD
                                         United States Attorney's Office
                                         Federal Office Building
                                         880 Front Street, Rm. 6293
                                         San Diego, CA 92101-8893
                                         Ph: (619) 546-7478
```

STIP. AND ORDER CONTINUING CMC – Page 2

Case No. 22-cv-00599-DMR

Fax: (619) 546-7751
ernest.cordero@usdoj.gov
dave.wallace@usdoj.gov
colin.mcdonald@usdoj.gov
*Attorneys for Defendant United States of America*

LAW OFFICES OF JOHN L. BURRIS

By:   */s/ James Cook*
     JOHN L. BURRIS, ESQ. (SBN 69888)
     BENJAMIN NISENBAUM, ESQ. (SBN 222173)
     JAMES COOK, ESQ. (SBN 300212)
     Airport Corporate Center
     7677 Oakport Street, Suite 1120
     Oakland, CA 94621
     (510) 839-5200 (Telephone)
     (510) 839-3882 (Fax)
     john.burris@johnburrislaw.com
     bnisenbaum@hotmail.com
     james.cook@johnburrislaw.com
     *Attorneys for Plaintiff Tad Crane*

## **FILER'S ATTESTATION**

The undersigned filer attests that, pursuant to Civil L.R. 5-1(i)(3), concurrence in the filing of the document has been obtained from the other signatories to this document.

By:   */s/ William J. Edelman*
     WILLIAM J. EDELMAN

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The initial case management conference in this matter is vacated and continued to October 5, 2022 at 1:30 p.m. in Oakland – Videoconference Only before Magistrate Judge Donna M. Ryu. Parties shall file a joint case management conference statement by September 28, 2022.

DATED: August 18, 2022

_____
HON. DONNA M. RYU
United States Magistrate Judge