UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAD CRANE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 22-cv-00599-DMR

**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE**

On January 28, 2022 Plaintiff Tad Crane filed suit in this court. Plaintiff was represented by the Law Offices of John L. Burris. Plaintiff's counsel subsequently filed a motion to withdraw on March 21, 2023. [Docket No. 52.] The motion was granted on June 1, 2023. [Docket No. 60.]

At the hearing on the motion to withdraw, the court told Plaintiff that if he proceeds as a self-represented party, he is responsible for all filings and deadlines, and for notifying the court and the opposing party of any change of address. [Docket No. 56.] The court notified Plaintiff that failure to meet his court obligations may result in dismissal of his case for failure to prosecute. A further case management conference was set for June 21, 2023.

Plaintiff did not appear at the June 21, 2023 case management conference. Accordingly, the court ORDERS Plaintiff **to respond in writing by July 12, 2023** by explaining why he did not appear at the June 21, 2023 case management conference. The court also notes that the docket only lists a phone number and email address for Plaintiff. In his response, Plaintiff shall provide the court with a current address.

//

//

//

//

**Failure to file a written response by July 12, 2023 may result in dismissal of this action for failure to prosecute.**

The court refers Plaintiff to the section "Representing Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties. Parties may schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: June 22, 2023

DONNA M. RYU
Chief Magistrate Judge

2