UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAD CRANE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 22-cv-00599-DMR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 63 |

On June 22, 2022, the court ordered self-represented Plaintiff Tad Crane to explain in writing why he did not appear at the June 21, 2023 case management conference. [Docket No. 63.] The court also instructed Plaintiff to provide the court with a current address. On July 11, 2023, Plaintiff attached his response in an email to the undersigned's courtroom deputy. Plaintiff explains that he had trouble accessing the case management conference which was held on the Zoom platform. The court has two Zoom addresses – one for public hearings like the case management conference, and one for non-public proceedings like settlement conferences. The court suspects that Plaintiff may have been trying to access the wrong Zoom address. In any event, Plaintiff provided an adequate and timely response and the court now discharges the order to show cause.

Plaintiff's email states that his application to become an e-filer is still pending. In a follow-up email, Plaintiff indicated that he is now able to e-file his response to the order to show cause. The Court's CM/ECF Systems Administrator has confirmed that Plaintiff's application was processed on July 12, 2023, and that Plaintiff now has full e-filing access to this case. If Plaintiff has any difficulties with e-filing, he may call the ECF Help Desk at the following number: (866) 638-7829. He may also access the Court's e-filing tutorial at this link:

https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/e-filing-my-documents/tutorial/

As of the date of this order, Plaintiff has not e-filed his July 11, 2023 response to the order to show cause that he emailed to the court. The court will file Plaintiff's response this time, but will not do so in the future. Moving forward, Plaintiff is responsible for handling all filings, which should not be difficult because he is now an e-filer.

As a reminder, at the June 21, 2023 case management conference, the court set the following dates:

- Further Case Management Conference: 9/20/2023 at 1:30 p.m. by Zoom Videoconference. Parties may join the webinar by using this link: https://cand-uscourts.zoomgov.com/j/1612787819?pwd=SDRMY3hvT1FkOGx5ZUpPcTBSaFRpdz09 or by inputting this ID number and password: Webinar ID: 161 278 7819; Password: 053378
- Updated Joint Case Management Conference Statement due by: 9/13/2023

Failure to appear at the September 20, 2023 case management conference may result in dismissal of this action for failure to prosecute.

The court refers Plaintiff to the section "Representing Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties. Parties may schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: July 26, 2023

_____
Donna M. Ryu
Chief Magistrate Judge